Wm. Lance Lewis
Kenneth A. Hill
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)
ATTORNEYS FOR CHASE BANK USA, N.A.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **BRANDON WAYNE BYRD,** § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO. 3:15-cv-00098-G** |
| **CHASE BANK USA, N.A.** § | |
| **D/B/A CHASE,** § | |
| Defendant. § | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE A. JOE FISH, UNITED STATES DISTRICT JUDGE:

Chase Bank USA, N.A. ("CB USA"), the defendant, files this Unopposed Motion for Protective Order and in support hereof would respectfully show the Court as follows:

1.     Brandon Wayne Byrd (the "Plaintiff") commenced this lawsuit by filing his Complaint on January 13, 2015.

2.     The parties are engaged in informal discovery and anticipate engaging in formal discovery. CB USA requests entry of a protective order to protect its confidential and proprietary information that might be disclosed in discovery. The parties have approved and agreed to the terms of a protective order for confidential information, and an Agreed Protective Order is being submitted with this Motion.

3.     The Plaintiff does not oppose the relief requested in this Motion and have agreed to entry of the Agreed Protective Order being submitted with this Motion.

**UNOPPOSED MOTION FOR PROTECTIVE ORDER – Page 1**

WHEREFORE, PREMISES CONSIDERED, CB USA requests that the Court enter the Agreed Protective Order being submitted with this Motion.

        Respectfully submitted,

        QUILLING, SELANDER, LOWNDS
            WINSLETT & MOSER, P.C.
        2001 Bryan Street, Suite 1800
        Dallas, Texas  75201-4240
        (214) 871-2100 (Telephone)
        (214) 871-2111 (Facsimile)

By:   */s/ Kenneth A. Hill*
      Wm. Lance Lewis
      State Bar No. 12314560
      Kenneth A. Hill
      State Bar No. 09646950
ATTORNEYS FOR CHASE BANK USA, N.A.

## CERTIFICATE OF CONFERENCE

The Plaintiff does not oppose the relief requested in this Motion and has agreed to entry of the Agreed Protective Order being submitted with this Motion.

      */s/ Kenneth A. Hill*
      Kenneth A. Hill

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same via the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case, including counsel for Plaintiff.

      */s/ Kenneth A. Hill*
      Kenneth A. Hill

4813-5452-3938, v. 1