# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| BRANDON WAYNE BYRD, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | Civil Action No. 3:15-cv-00098-G |
| VS. | § | |
| | § | |
| CHASE BANK USA, N.A. D/B/A CHASE, | § | |
| | § | |
|     Defendant. | § | |

## NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiff, Brandon Wayne Byrd, hereby gives notice of serving his Initial Disclosures required by Federal Rules of Civil Procedure 26(a)(1) on Defendant Chase Bank USA, N.A d/b/a Chase.

    Respectfully submitted,

      /s/ James J. Manchee
    James J. Manchee
    State Bar Number 00796988
    William L. Manchee
    State Bar Number 12891200
    Manchee & Manchee PC
    12221 Merit Drive, Suite 950
    Dallas, Texas 75251
    (972) 960-2240 (telephone)
    (972) 233-0713 (fax)
    jim@mancheelawfirm.com

    COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2015, I sent a true and correct copy of the above notice and Plaintiff's Rule 26(a)(1) Initial Disclosures by certified mail, return receipt requested, to opposing counsel of record: Kenneth A. Hill, 2001 Bryan St., Suite 1800, Dallas, Texas 75201.

                                                           /s/ James J. Manchee
                                                            James J. Manchee