**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **BRANDON WAYNE BYRD,** § | |
|     **Plaintiff,** § | |
| § | |
| **v.** § | |
| § | **CIVIL ACTION NO. 3:15-cv-00098-G** |
| **CHASE BANK USA, N.A.** § | |
| **D/B/A CHASE,** § | |
|     **Defendant.** § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE A. JOE FISH, UNITED STATES DISTRICT JUDGE:

Brandon Wayne Byrd (the "Plaintiff") and Chase Bank USA, N.A. (the "Defendant"), being all of the parties to this lawsuit (Plaintiff and Defendant together, the "Parties"), file this Joint Notice of Settlement and would respectfully show as follows:

1. The Plaintiff commenced this action against the Defendant by filing his Complaint in this Court on January 13, 2015 (Dkt. No. 1).

2. The Parties hereby notify the Court that they have reached a settlement of all matters involved in this lawsuit. The Parties are preparing a settlement agreement. The Parties respectfully request that the deadlines and settings, and any other matters in this case, be stayed due to the pending settlement.

3. The Parties also ask that the Court retain jurisdiction and keep the case open until the settlement can be completed. The Parties anticipate filing a joint motion or stipulation to dismiss this lawsuit with prejudice within 60 days.

WHEREFORE PREMISES CONSIDERED, the Parties notify the Court that they have settled all matters involved in this case. They respectfully request, however, that the Court retain

jurisdiction over the case and keep it open, but stay all pending deadlines, settings and other matters, until such time as the Parties can prepare and file formal dismissal papers.

    Respectfully submitted,

    MANCHEE & MANCHEE, PC

    By: */s/ James J. Manchee*
    James J. Manchee
    Jim@mancheelawfirm.com
    State Bar No. 00796988
    Marilyn S. Altamira
    Maltamira@mancheelawfirm.net
    Manchee & Manchee, PC
    12221 Merit Drive, Suite 950
    Dallas, TX  75251
    (972) 960-2240 (Telephone)
    (972) 233-0713 (Facsimile)
    ATTORNEYS FOR THE PLAINTIFF

    and

    QUILLING, SELANDER, LOWNDS
      WINSLETT & MOSER, P.C.
    2001 Bryan Street, Suite 1800
    Dallas, Texas 75201
    (214) 871-2100 (Telephone)
    (214) 871-2111 (Facsimile)

    By: */s/ Kenneth A. Hill*
      Wm. Lance Lewis
      State Bar No. 12314560
      Kenneth A. Hill
      State Bar No. 09646950
    ATTORNEYS FOR THE DEFENDANT

4821-9282-5378, v.  1