UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BRANDON WAYNE BYRD,            )
                               )
    Plaintiff,              )
                               )          CIVIL ACTION NO.
VS.                            )
                               )          3:15-CV-0098-G
CHASE BANK USA, N.A. d/b/a CHASE, )
                               )
    Defendant.              )

## ORDER

The parties having advised the court that this case has been settled, it is

**ORDERED** that the final judgment or order of dismissal be presented for entry by **May 19, 2015**. If it is not, then the case will be subject to dismissal.

May 19, 2015.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**